**Exhibit B**

**Anderson Declaration**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : : : | Chapter 11<br>Case No. 22-10367 (MFW) |
| EYP Group Holdings, Inc., *et al.*,[1] | : : | (Jointly Administered) |
| Debtors. | : : | **Obj. Deadline: June 8, 2022 at 4:00 p.m.**<br>**Hearing Date: June 22, 2022 at 10:30 a.m.** |

## DECLARATION OF D. SAM ANDERSON, ESQUIRE, A SHAREHOLDER AT BERNSTEIN SHUR SAWYER & NELSON, P.A., PURSUANT TO 28 U.S.C. § 1746(2), FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014(a) AND <u>LOCAL BANKRUPTCY RULE 2014-1</u>

I, D. SAM ANDERSON, ESQUIRE, declare as follows:

1. I am a shareholder with the law firm of Bernstein Shur Sawyer & Nelson, P.A. ("<u>BSSN</u>"), which has its principal office located at 100 Middle Street, West Tower, Portland, ME 04101. BSSN's phone number is (207) 774-1200. My e-mail address is sanderson@bernsteinshur.com. I am admitted to practice law in: (i) the State of Maine; (ii) the State of New Jersey; and (iii) the Commonwealth of Pennsylvania. I also am admitted to practice in several Federal district and bankruptcy courts, including Maine and Vermont. I am admitted <u>pro</u> <u>hac</u> <u>vice</u> in these cases.

2. I am authorized to execute this Declaration on behalf of BSSN.

3. I submit this Declaration in support of the application (the "<u>Application</u>") of the Official Committee of Unsecured Creditors (the "<u>Committee</u>") to employ BSSN as counsel for the Committee.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: EYP Group Holdings, Inc. (1041); EYP Holdings, Inc. (0792); EYP, Inc. (0504); EYP Architecture & Engineering, P.C. (7234); EYP Architecture & Engineering of CT, Inc. (1181); EYP Architecture & Engineering of NJ, Inc. (7534); EYPAE, Inc. (7191); WHR Architecture, P.C. (5236); and WHR Design, P.C. (1535). The corporate headquarters and the mailing address for the Debtors is 201 Fuller Road, 5th Floor, Albany, NY 12203, Attn.: Kefalari L. Mason.

4. BSSN has significant experience representing various constituencies in Chapter 11 cases throughout the United States, including in this Court. BSSN has represented parties before this Court in, <u>inter alia</u>, <u>In re New Century TRS Holdings, Inc.</u> (Case No. 07-10416, U.S. Bankruptcy Court for the District of Delaware), <u>In re Nortel Networks, Inc., et al.</u> (Case No. 09-10138, U.S. Bankruptcy Court for the District of Delaware), <u>In re Exide Technologies</u> (Case No. 13-11482, U.S. Bankruptcy Court for the District of Delaware), <u>In re SJC, Inc</u>. (Case No. 14-11763, U.S. Bankruptcy Court for the District of Delaware), and, most recently, <u>In re Gorham Paper and Tissue, LLC, et al.</u> (Case No. 20-12814, U.S. Bankruptcy Court for the District of Delaware).

5. As set forth below, neither I, BSSN, nor any partner or associate thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors' estates in the matters upon which BSSN is proposed to be engaged.

6. Neither I, BSSN, nor any of its partners or associates, insofar as I have been able to ascertain:

(i) is a creditor of the Debtors, equity security holder, or insider of any of the Debtors;

(ii) is or was, within two years before the date of the filing of the petitions, a director, officer, or employee of any of the Debtors; or

(iii) have an interest materially adverse to the interest of the estates or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

7. From and after January 1, 2020, neither BSSN, nor I, have any "connections," as contemplated within Fed. R. Bankr. P. 2014(a), to the parties in interest listed on **Exhibit 1**, except as described on **Exhibit 2** to this Declaration.

8. Based on the foregoing, to the best of my knowledge, BSSN is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14).

9. To check and clear potential conflicts of interest related to the Debtors' bankruptcy cases, BSSN researched its client database to determine whether BSSN had any relationships with the following entities:

      a.    Debtors
      b.    Bankruptcy Professionals
      c.    Banking Institutions
      d.    Bankruptcy Judges – District of Delaware
      e.    Interested Parties
      f.    Office of the US Trustee – District of Delaware
      g.    Unsecured Creditors
      h.    Secured Creditors
      i.    Contract Counterparties
      j.    Utility Providers
      k.    Vendors
      l.    Insurance Providers
      m.    Union (if any)

A list of each of the entities searched as part of BSSN's conflict check is attached as **Exhibit 1**.

10. Attached as **Exhibit 2** is a list of entities from **Exhibit 1** with which BSSN has or had a "connection" from January 1, 2020, to the present. At any time from January 1, 2020, to the present, BSSN represents, has represented, is adverse to, or has been adverse to, the entities on **Exhibit 2** as explained therein under the column entitled "Nature of Connection with BSSN LLP."

11. BSSN has not represented any creditor or other entity listed on **Exhibit 2** in any matter related to these cases. In addition, BSSN may continue to represent other entities listed on **Exhibit 2** in matters unrelated to these cases.

12. To the best of my knowledge, no entity listed on **Exhibit 2** accounted for 1% or more of BSSN's 2021 annual revenue.

13. On behalf of BSSN, I acknowledge the continuing duty to exercise due diligence, and to monitor the reported revenue from those current and former clients disclosed above that may be creditors of the Debtors, and to notify this Court if any of the above information changes. If BSSN discovers any additional connections, BSSN will file a supplemental disclosure with the Court.

14. No agreement or understanding exists between BSSN or any other person for any division or sharing of compensation which is prohibited by statute.

15. In accordance with its billing practices in both bankruptcy and non-bankruptcy matters, BSSN will bill at its normal hourly rates, subject to the approval of the Court.

16. BSSN anticipates that the following attorneys and paraprofessionals will render services to the Committee in conjunction with the cases:

| Professional | Position | Hourly Rate |
| --- | --- | --- |
| Robert J. Keach | Attorney (Shareholder) | $685.00 |
| D. Sam Anderson | Attorney (Shareholder) | $485.00 |
| Lindsay Zahradka Milne | Attorney (Shareholder) | $465.00 |
| Adam R. Prescott | Attorney (Shareholder) | $340.00 |
| Letson Douglass Boots | Attorney (Associate) | $275.00 |
| Kyle D. Smith | Attorney (Associate) | $265.00 |
| Angela Stewart | Paraprofessional | $240.00 |
| Karla Quirk | Paraprofessional | $210.00 |
| Christine Mastrogiorgio | Paraprofessional | $185.00 |

17. From time to time, other attorneys and paraprofessionals at BSSN not listed above may provide services to the Committee at their standard hourly rates. BSSN's rates for shareholder attorneys generally range from $320-$685/hour, and associate attorney rates generally range from $265-$320/hour. To the fullest extent possible, lawyers having the requisite expertise who already have knowledge with respect to these areas and/or the matter involved will be assigned to these cases so that duplication of efforts is avoided.

18.     The hourly rates set forth above are set at a level designed to fairly compensate BSSN for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses.

19.     **Exhibit 3** to this Declaration contains brief biographies of the attorneys at BSSN likely to work on these cases.

20.     The Committee, subject to this Court's approval, also proposes to reimburse BSSN for its actual and necessary expenses incurred in representing the Committee in these cases. It is BSSN's policy in all areas of practice to charge its clients for expenses incurred in connection with a client's case. BSSN, however, does not charge clients for routine copying charges, legal research within BSSN's subscription to such research platforms, and other overhead items. The expenses that BSSN charges to clients include, among other things, photocopying for extraordinary copy projects only, witness fees, travel expenses (provided that BSSN will not charge the Committee for non-working travel time), certain secretarial and other overtime expenses, filing and recording fees, postage, express mail and messenger charges, and certain extraordinary computerized legal research charges that fall outside BSSN's standard research subscriptions. BSSN will charge the Committee for these expenses in a manner and at rates consistent with charges made generally to its other clients and consistent with its standard practices and the Local Rules.

21.     BSSN has not shared or agreed to share any compensation received in these cases with any other entity, other than its shareholders and employees, and no promises have been received by BSSN or any partner or associate as to compensation in connection with these cases, other than in accordance with the provisions of the Bankruptcy Code.

22.     BSSN has not agreed to vary from its standard or customary billing arrangements for this engagement.

23. BSSN professionals have not varied their rates based on the geographic location of the cases.

24. BSSN did not represent the Committee or any member in the 12 months prepetition.

25. BSSN expects to develop a budget and staffing plan to reasonably comply with the U.S. Trustee's request for information and additional disclosures, as to which BSSN reserves all rights. The Committee has approved BSSN's proposed hourly billing rates.

26. By reason of the foregoing, I believe that BSSN is eligible for employment and retention by the Committee pursuant to 11 U.S.C. §§ 1103 and 328 and Bankruptcy Rule 2014(a).

27. BSSN has not received any retainer for the services BSSN will perform in these cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on: May 17, 2022     FOR BERNSTEIN SHUR SAWYER & NELSON, P.A.

/s/  D. Sam Anderson
D. Sam Anderson (admitted *pro hac vice*)

## Exhibit 1

## PARTIES-IN-INTEREST LIST

| **Debtors** | **Non-Debtor Subsidiaries and Affiliates** |
|---|---|
| EYP Group Holdings, Inc. | EYP/Design Services, Inc. |
| EYP Holdings, Inc. | EYP/Program Management, Inc. |
| EYP, Inc. | EYP/AE Incorporated |
| EYP Architecture & Engineering, P.C. | WHR Architects, Inc. |
| EYP Architecture & Engineering of CT, Inc. | The Weidt Group, Inc. |
| EYP Architecture & Engineering of NJ, Inc. | |
| EYPAE, Inc. | |
| WHR Architecture, P.C. | |
| WHR Design, P.C. | |

| **Current and Former Directors and Officers** | **Equity Holders** |
|---|---|
| Kefalari L. Mason | Karl Stumpf |
| Karl Stumpf | Charles Griffin |
| Teresa Rainey | Charles Kirby |
| Charles J. Kirby | Kimberly Stanley |
| Charles Griffin | Teresa Rainey |
| Mark Vaughan | Carl Claus |
| Agustin Blanco | EYP Employee Stock Ownership Plan & Trust |
| Anthony Haas | Joel Colwell |
| Peter D. Ottavio | Anthony J. Haas |
| Carl Claus | Agustin Blanco |
| Kimberly Stanley | Charles Griffin |
| Jaime Ervin | Charles Cadenhead |
| Tushar Gupta | Grant Gehring |
| Robert Gross | Bhargav Goswami |
| Amy Johnson | Tushar Gupta |
| Scott Paske | Samuel L. Williamson |
| Jill Frizzley | Mark Vaughan |
| Scott Butler | Pete Ottavio |
| Sherman Edmiston III | |
| Tom Birdsey | |
| Ira Starr | |
| David Watkins | |

**Noteholders**

| | |
|---|---|
| Gailand J. Smith | Hacig Tacvorian |
| Melissa R. Lassor | Susan Radzyminski |
| Thomas G. McDougall Trust dated November 17, 2005 | John C. Sobiecki |
| | Charles Enos |
| Michal S. Johnson | Kelly L. Donahue |
| Robert Kennedy | Katherine Ollinger |
| Christopher J. Tavener | Chris Baker |
| Steve Bosland | Julia Gauthier |

**Noteholders**

| | |
|---|---|
| Tom D. Birdsey | Tushar Gupta |
| Karen Birdsey | Bhargav Goswami |
| David H. Watkins | Samuel L. Williamson |
| Marilyn Watkins | Jorge Aguierre |
| The Peter D. Ottavio Revocable Living Trust dated February 19, 2016 | Roseann M. Pisklak |
| | Eric Lippincott |
| Gregory L. Roberts | Franklini D. Halloran-Lancaster |
| John R. Hathaway | Scott Paske |
| William C. Ganshirt | Kenneth L. Ellis |
| Mitchel Wortley | Andrew Domian |
| Leila Kamal | Ebrahim Najadifar |
| John S. Kempf | Carter Reich |
| Elissa Kellett | Salvatore Elder |
| Andre Hebert | Sean M. Lyons |
| Charles D. Cadenhead | Rick Fritz |
| Charles H. Griffin | Paul A. Stockert |
| Paul S. King | Fadi Bark |
| John R. Baxter | Matthew S. Chalifoux |
| Bradley C. Horst | Theodore C. Osbourne Jr. |
| John M. Tobin | Craig Andemar |
| James S. Douglas | Eric Ward |
| John W. Myers | Jennifer R. Amster |
| Agustin Blanco | John Hall |
| Mark W. Vaughan | Matthew O'Grady |
| Anthony J. Haas | Ann Barolak |
| David N. Fixler | Ervin Kulenica |
| Jason Steinbock | Tim Gentle |
| Charles J. Kirby | Dan L. Fields |
| Jeremy L. Oberc | Mark W. Sealy |
| Erik R. Johnson | Suzanne Klein |
| Kristofer J. Leaf | Jason Olsen |
| David L. Clemenzi | Omar Renteria |
| Mark Warner | David Thomas |
| Joel S. Colwell | Niles Tooher |
| Daniel J. Lazarz | Lynnaine Borock |
| Eric M. Kern | Adam Niederloh |
| Gail Sterling | Kimberly Stanley |
| Grant W. Gehring | Betsy Beaman Sears |
| Laurie Winchester | Roy Blackburn Sears, Jr. |
| Richard Clarke | Portia Gubatan Ellis |
| John David Smith | Veronique L. Pryor |
| | Donald A. Glitsis |
| | David Azizz Eijadi |
| | Barbara Anne Eijadi |
| | The Estate of Edmund Kohlberg |
| | John Hardesty |
| | Thomas G. McDougall |
| | Mary Lou Jurkowski |
| | Tyson Curcio |

**Noteholders**

                Michael Goard
                Joe Volpe
                Michelle Murray
                Aaron Koch
                Richard Barcori

| **Bankruptcy Professionals** | **Banking Institutions** |
|---|---|
| DLA Piper LLP (US) | Key Bank N.A. |
| Hollingsworth LLP | Nordea Bank, A.B. |
| Carl Marks Advisors | American Express |
| Epiq Corporate Restructuring, LLC | Visa |
| Berkley Research Group, LLC | Bank of America |
| Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | |
| Morris Nichols, Arsht & Tunnell LLP | |

**Secured Lenders and Creditors**

Ault Alliance, Inc.
Creighton Manning Engineering LLP
Dell Financial Services LLC
First Niagara Leasing Inc.
US Bank Equipment Finance

**Taxing Authorities**

| | |
|---|---|
| Delaware State Treasury | Montana Department of Revenue |
| Internal Revenue Service | Nebraska Department of Revenue |
| Secretary of State – Delaware | New Jersey Division of Taxation |
| Alabama Department of Revenue | New Mexico Taxation and Revenue Department |
| Ann Harris Bennett – Houston, Texas | New York State Corporation Tax |
| Arizona Department of Revenue | New York State Sales Tax |
| City of Atlanta | North Carolina Department of Revenue |
| City of Boston | NYC Department of Finance |
| City of Dayton | Oklahoma Tax Commission |
| City of Philadelphia | Oregon Department of Revenue |
| City of Wooster | Pennsylvania Department of Revenue |
| Colorado Department of Revenue | South Carolina Department of Revenue |
| Commissioner of Revenue Services – Connecticut | State of Arizona – Board of Technical Registration |
| Commonwealth of Massachusetts | |
| Comptroller of Maryland | State of Arkansas – Corporation Income Tax Section |
| DC Treasurer | |
| Department of Revenue – Mississippi | State of Delaware |
| Department of Revenue Services – Connecticut | State of Michigan – Michigan Department of Treasury |
| Franchise Tax Board – California | |
| General Treasurer, State of Rhode Island | State of New Jersey – CBT |
| Georgia Department of Revenue | State of Rhode Island – Division of Taxation |
| Illinois Department of Revenue | Tennessee Department of Revenue |

**Taxing Authorities**

| | |
|---|---|
| Indiana Department of Revenue | Texas Comptroller of Public Accounts |
| John R. Ames, CTA – Dallas County, Texas | Treasuer, Commonwealth of Virginia |
| Kansas Department of Revenue | Treasurer, State of Iowa |
| Kentucky Department of Revenue | Treasurer, State of Ohio |
| Lousiana Department of Revenue | United States Treasury |
| Mecklenburg County Tax Collector | Utah State Tax Commission |
| Minnesota Revenue | Vermont Department of Taxes |
| Mississippi Department of Revenue | Wake County Tax Administration |
| Missouri Department of Revenue | Washington State Department of Revenue |
| | West Virginia State Tax Department |
| | Wisconsin Department of Revenue |

**Significant Unsecured Creditors** **Landlords**

| | |
|---|---|
| Tom Birdsey | Whetstone Flour LLC |
| Thomas G. McDougall Trust | NFLSRE 470 Atlantic LLC |
| David Watkins | 100 Peachtree Property LLC |
| Marilyn Watkins | 260 Franklin Inc. |
| Karen Birdsey | CenterPoint Energy Properties, Inc. |
| Peter Ottavio | Fuller Road Management Corporation |
| Leila Kamal | Industrious AUS 201 W 5th LLC |
| Estate of Ed Kohlberg | NFLSRE 470 Atlantic LLC |
| John Kempf | NHE Park Central Apartments, LLC |
| Elissa Kellett | Ross Tower SCHPI LP |
| William Ganshirt | Serendipity Labs Denver - LoDo |
| Michael Johnson | Serendipity Labs  - Downtown LA |
| Michael Wortley | Serendipity Labs - Orlando |
| Andre Hebert | |
| Charles Cadenhead | |
| Paul King | |
| John R. Baxter | |
| Bradley Horst | |
| Gailand Smith | |
| Melissa Lassor | |
| John Tobin | |
| James Douglas | |
| John W. Myers | |
| David Fixler | |
| David Azziz Eijadi and Barbara Anne Eijadi Revocable Trust dated May 27, 2015 | |
| Jason Steinbock | |
| John R. Hathaway | |
| Erik R. Johnson | |
| Jeremy Oberc | |
| Long Point Capital, Inc. | |
| Long Point Capital Fund II, L.P. | |
| Long Point Capital Partners II, L.P. | |
| Long Point Capital Fund III, L.P. | |

Long Point Capital Partners III, L.P.

**Litigation Parties**

GreatBanc Trust Company as EYP Employee Stock Ownership Plan & Trust Trustee
Amanda Clare
Long Point Capital, Inc.
Long Point Capital Fund II, L.P.
Long Point Capital Partners II, L.P.
Long Point Capital Fund III, L.P.
Long Point Capital Partners III, L.P
Tom Birdsey
Ira Starr
David Watkins
Marjorie Kohlberg
David Eijadi
The David Azziz Eijadi and Barbara Anne Eijadi Revocable Trust Dated May 27, 2015
Thomas McDougall
The Thomas G. McDougall Trust dated November 17, 2005
Peter D. Ottavio
The Peter D. Ottavio Revocable Living Trust dated February 19, 2016
Melissa Lassor
Mary Lou Jurkowski
Jason Steinbock
Betsy Sears
UC Health Memorial North
Alief Neighborhood Center
Iron Sword Enterprises
The Jackson Laboratory
Texas A&M Health Sciences
The College of New Jersey
CHOSA/Christus Health
Fuller Road Management Corporation
Enterprise Rent a Car
Cunningham Group
New York University
Memorial Herman Hospital System
UTSW Cancer Center
Pernix

**Top Subconsultants AP**

Affiliated Engineers
Smith Seckman Reid, Inc.
Schnabel Engineering, LLC
Thornton Tomasetti
Jensen Hughes, Inc.
Elliott-LeBoeuf & McElwain
Mueller Associates, Inc.
Setty & Associates

Famer Group
Bard, Rao & Athanas Consulting Engineers, LLC
Michael Baker International, Inc.
AST Cowen Design Group, LLC
Sorba Engineering
Loring Consulting Engineers
Boston Industrial Consulting, Inc
Cosentini Associates
TLC Engineering Solutions, Inc
Johns and Bhatia Engineering Consultants, Ltd
Syska Hennessy Group
Phase Shift Consulting, LLC

**Warrant Holders**

Karl W Stumpf
Kefalari L Mason
Andrew W Albin
Melissa F Burns
Teresa Rainey
Mary M Cregut
Andre C Savoie
Christopher E Baylow
Cody A Cartusciello
Michael K Collard
George K Marshall
Terence P McCabe
Robert C McClure
Sara G Stein
Katherine L Stringer
Valerie L Towe
Arik W Mathison
Michelle E McNutt
Scott Butler
James Case
Travis Ensey
Eric Flower
Jeanne  Huntsman
Toni Loiacano
John McSwieney
Christopher O'Connor
Edward Olsted
Leslie Sims
S. Douglas Wolf
Jennifer Youssef

| **Utility Companies** | **Insurers** |
|---|---|
| ACT Teleconferencing Services, Inc. | Hartford Fire Insurance Company |
| AlltelDirect | Hartford Accident & Indemnity |
| AT&T | Starr Indemnity & Liability Company |
| AT&T Mobility | Trumbull Insurance Company |
| Building Automation | Hartford Casualty Insurance Company |
| CDW Direct, LLC | ACE American Insurance Company |
| CenturyLink/ Lumen | Travelers Casualty and Surety Company of America |
| Datawatch Systems | XL Specialty Insurance |
| eFax | Berkley DP |
| Eversource Energy | RSUI Indemnity Company |
| FirstLight Fiber | Ascot Insurance Company |
| Level 3 Communications / Lumen | Evanston Insurance Company |
| Mitel Cloud Services, Inc. | Pareto Captive Services, LLC |
| Ross Tower | Principal Life Insurance Company |
| Verizon | HCC Life Insurance Company |
| Verizon Wireless | Unum Life Insurance |
| Windstream Communications | |
| Zoom | |

| **Employee Benefit Providers** | **Judges in the United States Bankruptcy Court for the District of Delaware** |
|---|---|
| Credential Check | Chief Judge Laurie Selber Silverstein |
| Paychex | Judge Christopher S. Sontchi |
| Empire Blue Cross | Judge John. T. Dorsey |
| Benefit Administrative Systems | Judge Craig T. Goldblatt |
| Live Health Online | Judge Karen B. Owens |
| Delta Dental | Judge J. Kate Stickles |
| Anthem | Judge Mary F. Walrath |
| Guardian | Judge Ashely M. Chan |
| Benefit Resources, Inc. | |
| Principal Financial Group | |
| MetLife Legal Plan | |
| Benetrac | |
| Colonial Parking Inc. | |
| CVS Pharmacy Inc. | |
| ESI | |
| Transamerica Employee Benefits | |
| US-RX Care | |

### Office of the United States Trustee – (Region 3) Delaware

| | |
|---|---|
| Benjamin Hackman | Hannah M. McCollum |
| Juliet Sarkessian | Richard Schepacarter |
| Christine Green | Holly Dice |
| Karen Starr | Robert Agarwal |
| David Buchbinder | James R. O'Malley |
| Lauren Attix | Shakima L. Dortch |
| David Villagrana | Jane Leamy |
| Linda Casey | T. Patrick Tinker |
| Diane Giordano | Timothy J. Fox, Jr. |
| Linda Richenderfer | Denis Cooke |
| Dion Wynn | Joseph McMahon |
| Michael Panacio | Nyanquoi Jones |
| Edith A. Serrano | Rosa Sierra |
| Ramona Vinson | |
| Joseph Cudia | |
| Angelique Okita | |

Exhibit 2

| INTERESTED PARTY | CLIENT, ADVERSE PARTY, OR OTHER CONNECTION (FROM 1/2020 TO THE PRESENT) |
|---|---|
| Unum Life Insurance Co. of America | Current client of BSSN |
| Jackson Laboratory | Current client of BSSN |
| FirstLight Fiber | Current client of BSSN |
| Guardian Capital LP | Former client of BSSN |
| Eversource Energy | Current client of BSSN |
| ESI | Former client of BSSN |
| Key Bank | Certain employees at BSSN maintain personal bank accounts at Key Bank |
| Bank of America | Certain employees at BSSN maintain personal bank accounts at Bank of America |
| Verizon Wireless | Certain employees at BSSN maintain personal cell phone accounts at Verizon Wireless |
| Epiq Corporate Restructuring, LLC | BSSN attorneys have represented clients in matters in which professionals from this firm were involved, either for a related party or an adverse party. |
| Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | BSSN attorneys have represented clients in matters in which professionals from this firm were involved, either for a related party or an adverse party. |
| Morris Nichols, Arsht & Tunnell LLP | BSSN attorneys have represented clients in matters in which professionals from this firm were involved, either for a related party or an adverse party. |
| Berkley Research Group, LLC | Former client of BSSN |
| Commonwealth of Massachusetts, Office of Attorney General | BSSN has represented the Commonwealth of Massachusetts, Office of Attorney General, in two matters before the Massachusetts Department of Public Utilities. |

Exhibit 3
Biographies

## BIOGRAPHIES OF BSSN PROFESSIONALS AND PARAPROFESSIONALS

**ROBERT J KEACH**

Bob Keach is shareholder and co-chair of BSSN's Business Restructuring and Insolvency Practice Group. His practice focuses on the representation of various parties in workouts and bankruptcy cases, including debtors, creditors, creditors' committees, lessors, and third parties acquiring troubled companies and/or their assets. Bob has appeared before the bankruptcy courts in the Districts of Maine, Delaware, Eastern District of Pennsylvania, Massachusetts, New Hampshire, Central District of California, Middle District of Florida, Middle District of Louisiana and the Southern and Eastern Districts of New York. Bob has also appeared as a panelist on national bankruptcy, lender liability, and creditors' rights programs, and is the author of several articles on bankruptcy and creditors' rights.

Bob is a Fellow of the American College of Bankruptcy, and Past President of the American Bankruptcy Institute, (2009-2010). Bob has been recognized by Best Lawyers in America for over twenty years for his work in bankruptcy and creditor-debtor rights, and by Chambers USA as a "Star Individual" in their Corporate/M&A-Bankruptcy section. He is AV-rated by Martindale-Hubbell.

**D. SAM ANDERSON**

Sam Anderson is a shareholder and co-chair of BSSN's Business Restructuring & Insolvency Practice Group. Sam's practice focuses primarily on representing debtors in Chapter 11 reorganization proceedings. Sam's practice has focused most recently on representing both paper mills and real estate holding companies in chapter 11, including debtors in single asset real estate cases, and representing companies in the hospitality industry through reorganizations and asset sales.

Additionally, Sam has considerable experience working on individual Chapter 11 reorganizations. He has extensive experience representing creditors in Chapter 11 proceedings, including representing landlords as creditors in these proceedings. Sam has a wide range of experience in representing clients in pre-bankruptcy and bankruptcy related matters, including representing clients in valuation disputes, preference litigation, fraudulent transfer litigation, stay relief, assets sales under the Bankruptcy Code, plan confirmation and other matters arising under bankruptcy law. He also has experience representing plaintiffs and defendants in commercial litigation in both state and federal courts. Sam was previously employed at firms in Philadelphia, Pennsylvania and Portland, Maine.

**LINDSAY ZAHRADKA MILNE**

Lindsay Zahradka Milne is a shareholder in Bernstein Shur's Business Restructuring and Insolvency Practice Group. In her practice, Lindsay assists a broad array of corporate clients in matters including chapter 11 reorganizations, asset sales and acquisitions and bankruptcy-related litigation. Prior to joining Bernstein Shur, Lindsay worked as an associate with Akin Gump in New York, where she focused on financial restructuring matters. She advised borrowers, debtors, official committees of unsecured creditors, lenders, and ad-hoc groups of bondholders in connection with pre-filing negotiations and chapter 11 proceedings.

Lindsay earned her JD from Fordham University School of Law, where she completed an externship with the United States Attorney's Office for the Eastern District of New York as well as an externship with the Honorable Marcy Kahn of the New York Supreme Court. She completed her B.A. at Dartmouth College, where she was a member of the Phi Beta Kappa honor society. Lindsay is admitted to practice in New York, New Hampshire and Maine; in the U.S. District and Bankruptcy Courts for Southern District of New York and Maine; and before the United States Court of Appeals for the First Circuit and the United States Supreme Court.

**ADAM PRESCOTT**

Adam is a shareholder and member of Bernstein Shur's Business Restructuring and Insolvency Practice Group. Adam's experience includes chapter 11 reorganizations and asset sales and acquisitions, as well as other bankruptcy-related matters, including preference litigation, claim objections, cash collateral and adequate protection disputes, relief from stay litigation, and numerous other areas of bankruptcy law and litigation. As part of his bankruptcy practice, Adam regularly appears in court to represent clients, and he also frequently drafts motions, objections, and other pleadings for clients, including in bankruptcy appeals before the U.S. District Court for the District of Maine and the First Circuit Court of Appeals. In addition to his bankruptcy practice, Adam maintains a diverse litigation and appellate practice, which has included representing clients in federal and state courts across the country.

Adam earned his J.D. from the William & Mary School of Law, and his B.S. in Economics from Trinity College in Hartford, Connecticut. While in law school, Adam interned for the Honorable Jon D. Levy at the Maine Supreme Judicial Court. After law school, Adam clerked for the Honorable Rudolph Contreras at the United States District Court for the District of Columbia. Prior to joining Bernstein Shur, Adam worked as a Senior Associate at WilmerHale in Washington, D.C.

**LETSON DOUGLASS BOOTS**

Letson Douglass Boots is a member of Bernstein Shur's Business Restructuring and Insolvency Practice Group. In her practice, she assists clients in matters including chapter 11 reorganizations and bankruptcy-related litigation.

Letson earned her J.D. at Vermont Law School, and her B.A. from Colby College. Prior to joining Bernstein Shur, Letson served as a law clerk for the Honorable Thomas E. Humphrey at

the Maine Supreme Judicial Court.

**KYLE SMITH**

Kyle D. Smith is an associate and member of Bernstein Shur's Business Restructuring and Insolvency Practice Group. In his practice, Kyle represents a broad array of corporate clients in matters including chapter 11 reorganizations, asset sales and acquisitions and bankruptcy-related litigation.

Kyle earned his J.D. from the University of Michigan Law School, and his B.A. in Government from Connecticut College in New London, Connecticut. While in law school, Kyle served as a judicial intern for the Honorable Allison D. Burroughs of the U.S. District Court for the District of Massachusetts. Prior to joining Bernstein Shur, Kyle worked as an Associate at Kramer Levin in New York, New York. He admitted to practice in Maine and New York, as well as the United States District Court and United States Bankruptcy Court for the District of Maine.

**ANGELA L. STEWART, CP©**

Angela is a paralegal supervisor in the Business Restructuring and Insolvency Practice Group. She has been a paralegal for twenty-five years and holds a B.A. in Public Management from the University of Maine.

**KARLA QUIRK**

Karla Quirk is a paralegal in the Business Restructuring and Insolvency Practice Group. Karla served as a legal assistant at Bernstein Shur before being promoted to paralegal in 2012. She was previously employed at Verrill & Dana, LLP where she worked as a paralegal.

**CHRISTINE MASTROGIORGIO**

Christine is a paralegal in the Business Restructuring and Insolvency Practice Group. She has been a paralegal for fifteen years and holds an undergraduate degree in Finance from Iona College.