IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                      :     Chapter 11
                                               :
                                               :     Case No. 22-10367 (MFW)
EYP Group Holdings, Inc., *et al.*,[1]               :
                                               :     (Jointly Administered)
                                  Debtors.    :
------------------------------------------------------------ x    **Re: D.I. No. 291**

## NOTICE OF CLOSING OF SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS

**PLEASE TAKE NOTICE** that on June 22, 2022, the United States Bankruptcy Court for the District of Delaware entered that certain *Order (A) Approving and Authorizing the Sale of Substantially All of the Debtors' Assets to Page Southerland Page, Inc. Free and Clear of All Liens, Claims, Encumbrances and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (C) Granting Related Relief* (the "Sale Order") [D.I. 291], authorizing and approving, among other things, the sale of substantially all of the Debtors' assets and the assumption and assignment of certain executory contracts and unexpired leases (the "Sale") to Page Southerland Page, Inc. (the "Purchaser").

**PLEASE TAKE FURTHER NOTICE** that on June 30, 2022, the Debtors and the Purchaser closed on the Sale in accordance with the terms of the Sale Order and that certain *Asset Purchase Agreement*, dated as of June 20, 2022 (the "APA"), which was attached to the Sale Order as "Exhibit A".

**PLEASE TAKE FURTHER NOTICE** that a copy of the Sale Order and the APA may be obtained free of charge at https://dm.epiq11.com/EYP.

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: EYP Group Holdings, Inc. (1041); EYP Holdings, Inc. (0792); EYP, Inc. (0504); EYP Architecture & Engineering, P.C. (7234); EYP Architecture & Engineering of CT, Inc. (1181); EYP Architecture & Engineering of NJ, Inc. (7534); EYPAE, Inc. (7191); WHR Architecture, P.C. (5236); and WHR Design, P.C. (1535). The corporate headquarters and the mailing address for the Debtors is 201 Fuller Road, 5th Floor, Albany, NY 12203, Attn: Kefalari L. Mason.

| | |
|---|---|
| Dated: July 1, 2022<br>Wilmington, Delaware | Respectfully submitted,<br><br>**DLA PIPER LLP (US)**<br><br>_/s/ R. Craig. Martin_<br>R. Craig Martin (DE 5032)<br>Aaron Applebaum (DE 5587)<br>1201 N. Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>Email: craig.martin@us.dlapiper.com<br>         aaron.applebaum@us.dlapiper.com<br><br> -and-<br><br>Richard A. Chesley (admitted _pro hac vice_)<br>Oksana Koltko Rosaluk (admitted _pro hac vice_)<br>444 West Lake Street, Suite 900<br>Chicago, Illinois 60606<br>Telephone: (312) 368-4000<br>Facsimile: (312) 236-7516<br>Email: richard.chesley@us.dlapiper.com<br>         oksana.koltkorosaluk@us.dlapiper.com<br><br>_Counsel for the Debtors and Debtors in Possession_ |