# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: Chapter 11
In re: :
: Case No. 22-10367 (MFW)
EYP Group Holdings, Inc., *et al.*,[1] :
: (Jointly Administered)
Debtors. :
---------------------------------------------------------------x **Re: D.I. 291**

## NOTICE REGARDING EXECUTORY CONTRACT
## TRANSFERRED PURSUANT TO ASSET PURCHASE AGREEMENT

**PLEASE TAKE NOTICE** that, on June 22, 2022, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (A) Approving and Authorizing the Sale of Substantially All of the Debtors' Assets to Page Southerland Page, Inc. Free and Clear of All Liens, Claims, Encumbrances and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (C) Granting Related Relief* [D.I. 291] (the "Sale Order"), which approved, among other things, the sale of substantially all of the above-captioned debtors' (collectively, the "Debtors") assets to Page Southerland Page, Inc ("Page") pursuant to the Asset Purchase Agreement (the "APA"), dated June 20, 2022, including the assumption, assignment and/or novation and transfer of the Debtors' executory contracts and unexpired leases, including as more fully set forth on Exhibit B to the Sale Order.

**PLEASE TAKE FURTHER NOTICE** that the Debtors inadvertently omitted the executory contract listed on Schedule 1 attached hereto (the "Omitted Contract") from Exhibit B to the Sale Order, which Omitted Contract was intended to be assumed, assigned and/or novated and transferred to Page consistent with and subject to the terms of the APA as approved by the Sale Order.

**PLEASE TAKE FURTHER NOTICE** that neither the counterparty to the Omitted Contract nor Page objects to the transfer of the Omitted Contract to Page in accordance with the terms of the APA as approved by the Sale Order, and the counterparty to the Omitted Contract agrees that the "cure amount" for the Omitted Contract is $0.00; *provided, however*, that the designation of the cure amount as $0.00 will not be construed as excusing the Debtors' (and post-transfer, Page's) continued performance of the project in accordance with the terms of the Omitted Contract.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will assume, assign and/or novate

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: EYP Group Holdings, Inc. (1041); EYP Holdings, Inc. (0792); EYP, Inc. (0504); EYP Architecture & Engineering, P.C. (7234); EYP Architecture & Engineering of CT, Inc. (1181); EYP Architecture & Engineering of NJ, Inc. (7534); EYPAE, Inc. (7191); WHR Architecture, P.C. (5236); and WHR Design, P.C. (1535). The corporate headquarters and the mailing address for the Debtors is 201 Fuller Road, 5th Floor, Albany, NY 12203, Attn.: Matthew Kahn.

and transfer the Omitted Contract to Page consistent with and subject to the terms of the APA as approved by the Sale Order.

Date: September 14, 2022
Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

 /s/  R. Craig Martin
R. Craig Martin (DE 5032)
Aaron S. Applebaum (DE 5587)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone:    (302) 468-5700
Facsimile:    (302) 394-2341
Email: craig.martin@us.dlapiper.com
           aaron.applebaum@us.dlapiper.com

-and-

Richard A. Chesley (admitted *pro hac vice*)
Oksana Koltko Rosaluk (admitted *pro hac vice*)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Telephone:    (312) 368-4000
Facsimile:    (312) 236-7516
Email: richard.chesley@us.dlapiper.com
           oksana.koltkorosaluk@us.dlapiper.com

*Counsel to the Debtors and Debtors in Possession*