## Schedule 1
### (Omitted Contract)

| ID | Debtor | Contract Counterparty | Project Number | Project Name | Counterparty Address | Contract Listing/ Description | Cure Amount |
|---|---|---|---|---|---|---|---|
| 2308 | EYP, Inc. | Board of Regents of the University System of Georgia by and on behalf of the University of Georgia | 1020037.00 | TASK ORDER CONTRACT FOR DESIGN PROFESSIONAL SERVICES | 424 E Broad Street, Athens, GA, 30602 | Project | $0.00 |